# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 28, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-60230    Natl Ctr for Pub Plcy Rsrch v. SEC
                     USDC No. 2022-2023 No-Action Responses

Enclosed is an order entered in this case.

Any response is due for filing by May 3,2023 and any reply would be due by May 4,2023.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____
                                 Melissa B. Courseault, Deputy Clerk
                                 504-310-7701

Mr. Michael A. Conley, Solicitor
Ms. Tracey A. Hardin
Mr. R. Trent McCotter
Mr. Theodore Joseph Weiman