# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-60230

————————

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH; NATHANIEL
FISCHER; PHILLIP ARONOFF,

*Petitioners*,

*versus*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent*.

————————————————————

Petition for Review from an Order of the Securities and Exchange
Commission

————————————————————

## UNPUBLISHED ORDER

Before ELROD, GRAVES, and HO, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that an administrative stay is entered pending
further order of the court. Any response to the motion for stay should be
filed by May 3, 2023, and any reply should be filed by May 4, 2023.