# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 10, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-60230    Natl Ctr for Pub Plcy Rsrch v. SEC

Enclosed is an order entered in this case.


    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Christina A. Gardner, Deputy Clerk
    504-310-7684

Mr. Jonathan Berry
Mr. Gene Patrick Hamilton
Ms. Tracey A. Hardin
Mr. R. Trent McCotter
Mr. Theodore Joseph Weiman