# United States Court of Appeals for the Fifth Circuit

_____

No. 23-60230
_____

National Center for Public Policy Research; Nathaniel Fischer; Phillip Aronoff,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

_____

Petition for Review from an Order of the Securities and Exchange Commission

_____

UNPUBLISHED ORDER

Before Elrod, Graves, and Ho, *Circuit Judges.*

Per Curiam:

  IT IS ORDERED that Petitioners' motion for stay is carried with the case and Petitioners' motion to expedite the case is DENIED. The administrative stay continues in effect pending further order of the court.