# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 25, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60230   Natl Ctr for Pub Plcy Rsrch v. SEC

Enclosed is an order entered in this case.


                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Whitney M. Jett, Deputy Clerk
                           504-310-7772

Mr. Jonathan Berry
Mr. Gene Patrick Hamilton
Ms. Tracey A. Hardin
Mr. Scott A. Keller
Mr. R. Trent McCotter
Mr. Theodore Joseph Weiman