# United States Court of Appeals for the Fifth Circuit

---

No. 23-60230

---

National Center for Public Policy Research; Nathaniel Fischer; Phillip Aronoff,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

---

Petition for Review from an Order of the
Securities & Exchange Commission

---

ORDER:

IT IS ORDERED that the unopposed motion of the National Association of Manufacturers for leave to intervene is GRANTED.

*/s/ Jennifer W. Elrod*

---

Jennifer Walker Elrod
*United States Circuit Judge*