No. 23-60230

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH; NATHANIEL FISCHER; PHILLIP ARONOFF,
    *Petitioners*,

v.

SECURITIES AND EXCHANGE COMMISSION,
    *Respondent*.

MOTION OF THE SECURITIES AND EXCHANGE COMMISSION, RESPONDENT, TO STAY THE DEADLINE FOR FILING THE ADMINISTRATIVE RECORD

MEGAN BARBERO
General Counsel

MICHAEL A. CONLEY
Solicitor

TRACEY A. HARDIN
Assistant General Counsel

THEODORE J. WEIMAN
Senior Appellate Counsel

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-5167 (Weiman)

# CERTIFICATE OF INTERESTED PERSONS

*National Center for Public Policy Research v. SEC*, No. 23-60230

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. America First Legal Foundation

2. Phillip Aronoff, Petitioner

3. Megan Barbero, General Counsel, Securities and Exchange Commission

4. Jonathan Berry, Counsel for Petitioners

5. Boyden Gray & Associates PLLC, Counsel for Petitioners

6. Michael Buschbacher, Counsel for Petitioners

7. Michael A. Conley, Solicitor, Securities and Exchange Commission

8. Nathaniel Fischer, Petitioner

9. National Association of Manufacturers, Intervenor

10. Gene P. Hamilton

11. Tracey A. Hardin, Assistant General Counsel, Securities and Exchange Commission

12. Jared M. Kelson, Counsel for Petitioners

13. The Kroger Co.

14. R. Trent McCotter, Counsel for Petitioners

15. National Center for Public Policy Research, Petitioner

16. Reed D. Rubinstein

17. Theodore J. Weiman, Senior Appellate Counsel, Securities and Exchange Commission

    /s/ Theodore J. Weiman

*Attorney of Record for Respondent Securities and Exchange Commission*

**MOTION OF THE SECURITIES AND EXCHANGE COMMISSION, RESPONDENT, TO STAY THE DEADLINE FOR FILING THE ADMINISTRATIVE RECORD**

Pursuant to Fifth Circuit Rule 17, 26.2, and 27, the Securities and Exchange Commission, respondent, respectfully requests that the Court stay the Commission's deadline for filing the administrative record pending a decision on the Commission's motion to dismiss, which is being filed at the same time as this motion. The current deadline for the Commission to file the administrative record is June 7, 2023. Counsel for petitioners and intervenor have informed undersigned counsel that they oppose this motion.[1]

The administrative record "consists of: (1) the order involved; (2) any findings or report on which it is based; and (3) the pleadings, evidence, and other parts of the proceedings before the agency." Fed. R. App. Proc. 16(a); 28 U.S.C. 2112(b). But, for the reasons stated in the Commission's motion to dismiss (Motion to Dismiss at 12-23), there is no "order" in this matter, nor were there any proceedings before the Commission. As a result, the

---

[1] To give the Court additional time to consider this motion and any oppositions and reply that may be filed, the Commission is also requesting from the clerk a 30-day extension of the deadline for filing the administrative record pursuant to Fifth Circuit Rule 17.

1

Commission does not have an administrative record concerning this matter to file with the Court.

At the very least, the existence of a reviewable Commission order is an issue currently pending before this Court, which will issue a decision that will either make the filing of an administrative record moot or give clarity to what documents the Commission would be required to file (or describe in a certified list). A stay would therefore serve the interests of judicial efficiency. And no party will be prejudiced by the requested stay, as petitioners have already filed the documents that form the basis of their challenge. *See* Emergency Motion for Stay, Exs. A-J. Moreover, for the same reasons that the petition is moot (Motion to Dismiss at 8-12), there is no impending harm that could even arguably result from staying this deadline until the Court rules on the motion to dismiss.

Accordingly, the Commission respectfully requests that this Court stay the Commission's deadline to file the administrative record pending a decision by this Court on the Commission's motion to dismiss.

Respectfully submitted,

MEGAN BARBERO
General Counsel

        MICHAEL A. CONLEY
        Solicitor

        TRACEY A. HARDIN
        Assistant General Counsel

        <u>/s/ Theodore J. Weiman</u>
        THEODORE J. WEIMAN
        Senior Appellate Counsel

        Securities and Exchange Commission
        100 F Street, N.E.
        Washington, D.C. 20549
        (202) 551-5167 (Weiman)

June 2, 2023

# CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the type-volume limitation of Fed. R. App. P. 27.4 and Federal Rule of Appellate Procedure 27(d)(2) because it contains 392 words, excluding the parts exempted by Fed. R. App. P. 27(a)(2)(B)

I also certify that this brief complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5) and the type-style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(6) because it has been prepared in a proportionally spaced typeface—Book Antiqua, 14 point—using Microsoft Word.

/s/ Theodore J. Weiman
Theodore J. Weiman

June 2, 2023

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed with the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on June 2, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Theodore J. Weiman<br>
Theodore J. Weiman

June 2, 2023