No. 23-60230

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH; NATHANIEL FISCHER;
PHILLIP ARONOFF,
*Petitioners*,

v.

SECURITIES AND EXCHANGE COMMISSION,
*Respondent*.

MOTION OF THE SECURITIES AND EXCHANGE COMMISSION,
RESPONDENT, FOR 30-DAY EXTENSION OF THE DEADLINE FOR
FILING THE ADMINISTRATIVE RECORD

MEGAN BARBERO
General Counsel

MICHAEL A. CONLEY
Solicitor

TRACEY A. HARDIN
Assistant General Counsel

THEODORE J. WEIMAN
Senior Appellate Counsel

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-5167 (Weiman)

## CERTIFICATE OF INTERESTED PERSONS

*National Center for Public Policy Research v. SEC*, No. 23-60230

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case.  These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1.    America First Legal Foundation

2.    Phillip Aronoff, Petitioner

3.    Megan Barbero, General Counsel, Securities and Exchange Commission

4.    Jonathan Berry, Counsel for Petitioners

5.    Boyden Gray & Associates PLLC, Counsel for Petitioners

6.    Michael Buschbacher, Counsel for Petitioners

7.    Michael A. Conley, Solicitor, Securities and Exchange Commission

8.    Nathaniel Fischer, Petitioner

9.    National Association of Manufacturers, Intervenor

10.    Gene P. Hamilton

11.    Tracey A. Hardin, Assistant General Counsel, Securities and

Exchange Commission

12.    Jared M. Kelson, Counsel for Petitioners

13.    The Kroger Co.

14.    R. Trent McCotter, Counsel for Petitioners

15.    National Center for Public Policy Research, Petitioner

16.    Reed D. Rubinstein

17.    Theodore J. Weiman, Senior Appellate Counsel, Securities and

Exchange Commission

/s/ Theodore J. Weiman

*Attorney of Record for Respondent*
*Securities and Exchange Commission*

**MOTION OF THE SECURITIES AND EXCHANGE COMMISSION, RESPONDENT, FOR 30-DAY EXTENSION OF THE DEADLINE FOR FILING THE ADMINISTRATIVE RECORD**

Pursuant to Fifth Circuit Rule 17, the Securities and Exchange Commission, respondent, respectfully requests a 30-day extension of the Commission's deadline for filing the administrative record.  The current deadline for the Commission to file the administrative record is June 7, 2023, and a 30-day extension would change the deadline to July 7, 2023. Counsel for petitioners and intervenor have informed undersigned counsel that they oppose this motion.

A 30-day extension is warranted to give the Court time to rule on the Commission's pending motion for a stay of the same deadline.[1]  *See* Fifth Cir. Rule 17 ("The clerk may grant an extension for no more than 30 days" on request by the agency supported by "specific reasons justifying the delay.").  Because petitioners and intervenor will be filing oppositions to the motion for a stay, and the Commission intends to reply to such

---

[1] The Commission has moved to dismiss the petition on the basis that there is no Commission "order" nor any agency proceedings concerning this matter (and also because the petition is moot).  Because there is likewise no administrative record, the Commission has also moved for a stay of the deadline for filing an administrative record with the Court pending a decision on the Commission's motion to dismiss.

oppositions, the parties will not have sufficient time to brief the stay

motion, nor the Court to consider the stay motion, before the June 7

deadline occurs in five days.

No party will be prejudiced by the requested 30-day extension, as

petitioners have already filed the documents that form the basis of their

challenge (*see* Emergency Motion for Stay, Exs. A-J) and, for the same

reasons that the petition is moot (Motion to Dismiss at 8-12), there is no

impending harm that could even arguably result from staying this deadline

for 30 days.

Accordingly, the Commission respectfully requests a 30-day

extension of its deadline (to July 7, 2023) to file the administrative record.

Respectfully submitted,

MEGAN BARBERO
General Counsel

MICHAEL A. CONLEY
Solicitor

TRACEY A. HARDIN
Assistant General Counsel

/s/ Theodore J. Weiman
THEODORE J. WEIMAN
Senior Appellate Counsel

Securities and Exchange Commission
100 F Street, N.E.

Washington, D.C. 20549
(202) 551-5167 (Weiman)

June 2, 2023

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the type-volume limitation of Fed. R. App. P. 27.4 and Federal Rule of Appellate Procedure 27(d)(2) because it contains 340 words, excluding the parts exempted by Fed. R. App. P. 27(a)(2)(B)

I also certify that this brief complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5) and the type-style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(6) because it has been prepared in a proportionally spaced typeface—Book Antiqua, 14 point—using Microsoft Word.

/s/ Theodore J. Weiman
Theodore J. Weiman

June 2, 2023

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed with the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on June 2, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Theodore J. Weiman
Theodore J. Weiman

June 2, 2023