# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 05, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-60230    Natl Ctr for Pub Plcy Rsrch v. SEC
                         Agency No. 2022-2023 Order of the Securities
                         and Exchange Commission

The court has granted an extension of time to and including July 7, 2023 for filing Administrative Record in this case.

The court has denied the motion to stay the deadline for filing the Administrative Record.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Christina A. Gardner, Deputy Clerk
                                        504-310-7684

Mr. Jonathan Berry
Mr. Gene Patrick Hamilton
Ms. Tracey A. Hardin
Mr. Scott A. Keller
Mr. R. Trent McCotter
Mr. Theodore Joseph Weiman