# Ex. B

May 5, 2023

**VIA FED-EX AND EMAIL**
legal@redfin.com

Redfin Corporation
ATTN: Mr. Anthony Kappus
Corporate Secretary
1099 Stewart Street, Suite 600
Seattle, WA 98101

**Re:    Rule 14a-8 Shareholder Proposal for the 2024 Annual Meeting**

Dear Mr. Kappus:

    I hereby submit the enclosed stockholder proposal ("Proposal") pursuant to the Securities and Exchange Commission's Rule 14a-8 promulgated under the Securities Exchange Act of 1934 ("Rule 14a-8") for presentation to Redfin Corporation (the "Company") stockholders at the Company's 2024 annual meeting of stockholders.

    I have continuously owned 2,000 shares of Company stock for at least two years prior to and including the date of this Proposal, and I intend to hold these shares through the date of the Company's 2023 Annual Meeting of Shareholders. Pursuant to the valuation methodology provided in *Staff Legal Bulletin No. 14L*, the applicable valuation for my holdings is $19,620. The highest selling price for the stock within the preceding 60 calendar days was $9.81 per share, which the stock reached while trading on the Nasdaq Stock Market today, May 5, 2023. A proof of ownership letter is forthcoming and will be delivered to the Company.

    Pursuant to Rule 14a-8(b)(1)(iii), I initially propose as times for a teleconference meeting to discuss the Proposal May 23 or May 24, 2023, on either day between 3:30 and 5:30 PM Eastern.

    Please direct future communication to me (at nfischer@newfounding.com) and Jonathan Berry, Boyden Gray PLLC (at berry@boydengrayassociates.com; PH: (202) 955-0620; 801 17th Street NW, Suite 350, Washington, DC 20006), whom I authorize to act as my representative with regard to the Proposal hereafter.

                              Sincerely,

                              *Nate Fischer*
                              Nate Fischer (May 5, 2023 16:50 CDT)
                              Nate Fischer

Date: May 5, 2023

# EEO POLICY RISK REPORT

**RESOLVED**

Shareholders request that Redfin Corporation issue a public report detailing the potential risks associated with omitting "viewpoint" and "ideology" from its written equal employment opportunity (EEO) policy. The report should be available within a reasonable timeframe, prepared at a reasonable expense, and should omit proprietary information.

**SUPPORTING STATEMENT**

Discrimination by companies against employees with conservative political and religious views is one of the most pressing issues in human capital management today. "Woke capital" stifles ambition and diminishes corporate America's drive for excellence. It aims to destroy talented employees who hold valuable and heterodox viewpoints because they dissent from the current diversity regime.

Unsurprisingly, discrimination against political conservatives is now a widely recognized issue. A 2021 *The Economist*/YouGov poll revealed that 79% of conservatives felt that conservatives face "a great deal" or "a fair amount" of discrimination in America today.[1] A recent Society for Human Resource Management study found that the percentage of American workers who say they have experienced political affiliation bias in the workplace *doubled* from 2019 to 2022.[2] The civil rights laws of numerous states now treat political affiliation or political activities as protected characteristics, and still more are presently considering enacting such laws.

Redfin does not prohibit discrimination based on viewpoint or ideology in its written EEO policy.[3] It has become unfortunately necessary that Redfin shareholders consider this company-wide protection because Redfin is now emblematic of the cultural drag that wokeism brings down upon promising companies.

Redfin describes the company as a place "Where Diverse Perspectives Feel at Home."[4] But by its actions, Redfin apparently believes diversity extends to the "woke" suite of identities—race, sex, ethnicity, and "LGBTQ"—and not to diverse viewpoints.

---

[1] *The Economist/YouGov Poll*, Mar. 20–23, 2021, https://docs.cdn.yougov.com/5v6z1pywv7/econTabReport.pdf.

[2] Allen Smith, *Political Affiliation Bias Strains Some Workplaces*, Soc'y for Hum. Res. Mgmt. (Oct. 5, 2022), https://www.shrm.org/resourcesandtools/legal-and-compliance/employment-law/pages/political-affiliation-bias-strains-some-workplaces.aspx.

[3] Redfin, *Redfin's Fair Housing and Equal Opportunity Policy*, https://www.redfin.com/about/fair-housing-policy.

[4] Redfin, https://www.redfin.com/careers/diversity.

In the summer of 2020, Redfin published a racial screed by its CEO that criticized the fact "that most businesses, including Redfin, are run mostly by white people" and stated that "[t]he most obvious thing [to do] is hiring and developing more people of color to positions of power."[5]

Redfin has implemented diversity hiring plans and targets that promote the employment of people who "identify" as members of the groups of "People of Color," "Black or African-American," "Hispanic or Latinx," "Asian," "LGBTQ," and "women" over other groups.[6] Redfin even scales its executives' bonuses to reward those are the most effective compliance agents of this identity-quotas regime.[7]

Redfin's so-called "diversity"-based human capital management goals are opposed to merit and hostile to employees who hold conservative viewpoints. Redfin would benefit from an accounting for the risks it faces by failing to adopt company-wide policies that could prevent such abuses from occurring.

---

[5] Redfin, *It's Not Enough* (May 31, 2020), https://www.redfin.com/news/its-not-enough/.

[6] *See supra* note 4.

[7] Redfin Def. Proxy Statement (Apr. 28, 2023), https://investors.redfin.com/financial-information/sec-filings/content/0001382821-23-000057/0001382821-23-000057.pdf.