UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| NATIONAL CENTER FOR PUBLIC POLICY RESEARCH; NATHANIEL FISCHER; PHILLIP ARONOFF,<br><br>Petitioners,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Respondent. | No. 23-60230 |

**CERTIFIED LIST AND STATEMENT
AUTHENTICATING RELEVANT DOCUMENTS**

Pursuant to Section 25(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78y(a), 28 U.S.C. § 2112, and Federal Rule of Appellate Procedure 17, the Securities and Exchange Commission ("Commission" or "SEC"), respondent, represents that it has not issued any order concerning the matter described in the petition for review and that no documents or other materials were considered by the Commission as a basis for any such order.

To aid this Court in its consideration of the petition, in which petitioners challenge an April 12, 2023 letter from Commission staff to The Kroger Co. (the "Kroger letter") and/or the Commission not taking any action in connection with that letter, the Commission authenticates the following documents.

First, the following documents comprise the materials submitted to staff in connection with the Kroger letter, along with the letter itself.

| Doc. No. | Description |
| --- | --- |
| 1. | Letter from Lyuba Goltser (Partner, Weil, Gotshal & Manges LLP) to Office of Chief Counsel, SEC Division of Corporation Finance, regarding "The Kroger Co. 2023 Annual Meeting Omission of Shareholder Proposal of the National Center for Public Policy Research Securities Exchange Act of 1934—Rule 14a-8" (dated Feb. 16, 2023). |
|     a. | Exhibit A: Letter from Sarah Rehberg, National Center for Public Policy Research ("NCPPR"), to Corporate Secretary, Kroger, enclosing NCPPR shareholder proposal and confirmation of NCPPR stock ownership (dated Dec. 21, 2022). |
| 2. | Letter from Scott Shepard, FEP Director, and Rehberg, NCPPR, to Office of Chief Counsel, Division of Corporation Finance, regarding "Stockholder Proposal of the National Center for Public Policy Research, Securities Exchange Act of 1934—Rule 14a-8" (dated Mar. 2, 2023) |
| 3. | Letter from Goltser to Office of Chief Counsel, Division of Corporation Finance, regarding "The Kroger Co.—2023 Annual Meeting Supplement to Letter Dated February 16, 2023 Relating to Shareholder Proposal of the National Center for Public Policy Research" (dated Mar. 8, 2023) |
| 4. | Letter from Shepard and Rehberg to Office of Chief Counsel, Division of Corporation Finance, regarding "Stockholder Proposal of the National Center for Public Policy Research, Securities Exchange Act of 1934—Rule 14a-8 (dated Mar. 9, 2023) |
| 5. | Letter from Rule 14a-8 Review Team to Goltser regarding "The Kroger Co. (the "Company") Incoming Letter dated February 16, 2023" (dated Apr. 12, 2023) |

Second, petitioners included, as exhibits to their emergency motion for a stay pending review and for expedited consideration, several e-mails they sent to persons at the Commission concerning the Kroger letter. Commission employees searched internal electronic systems for those e-mails for the drafting of this document. The Commission confirms that the following such e-mails (and an additional related e-mail that was found during the search) were received in the e-mail inboxes to which they were sent:

| Doc. No. | Description |
| --- | --- |
| 6. | E-mail from Caleb Orr, Research Fellow, Boyden Gray & Associates, to Commission Chair Gary Gensler, Commissioner Hester M. Peirce, Commissioner Caroline A. Crenshaw, Commissioner Mark T. Uyeda, and Commissioner Jaime Lizárraga regarding "National Center for Public Policy Research—Petition for Commission Review Re The Kroger Co." (Apr. 13, 2023) |
| | a. Attachment: Letter (with Appendix) from Jonathan Berry and R. Trent McCotter, Boyden Gray & Associates, to Chair Gensler and Commissioners regarding "The Kroger Co. (National Center for Public Policy Research) (Apr. 12, 2023)" (dated Apr. 13, 2023) |
| 7. | E-mail from Rehberg to Division of Corporation Finance regarding "NCPPR/Kroger Co. Request for Reconsideration (2023 Meeting)" (Apr. 14, 2023). |
| | a. Attachment: Letter from Shepard and Rehberg to Office of Chief Counsel, Division of Corporation Finance, regarding "Request for Staff Reconsideration and Presentation to Commission for Review of April 12, 2023 Decision Permitting the Kroger Co. to Exclude Stockholder Proposal of the National Center for Public Policy Research, Securities Exchange Act of 1934—Rule 14a-8" (dated Apr. 14, 2023) |

8.     E-mail from Phillip Aronoff to Chair Gensler, Commissioner Peirce, Commissioner Crenshaw, Commissioner Uyeda, and Commissioner Lizárraga regarding "Letter in Support of NCPPR Petition for Commission Review Re The Kroger Co." (Apr. 19, 2023)

    a.     Attachment: Letter from Aronoff to Chair Gensler and Commissioners regarding "The Kroger Co. (National Center for Public Policy Research) (Apr. 12, 2023)" (dated Apr. 19, 2023)

9.     E-mail from Nate Fischer to Chair Gensler, Commissioner Peirce, Commissioner Crenshaw, Commissioner Uyeda, and Commissioner Lizárraga regarding "20230420 Fischer Letter to Chair Gensler and Commissioners Re The Kroger Co. (NCPPR)" (Apr. 20, 2023)

    a.     Attachment: Letter from Fischer to Chair Gensler and Commissioners regarding "The Kroger Co. (National Center for Public Policy Research) (Apr. 12, 2023)" (dated Apr. 20, 2023)

10.     E-mail from Edward Blum, Alliance for Fair Board Recruitment, to Chair Gensler, Commissioner Peirce, Commissioner Crenshaw, Commissioner Uyeda, and Commissioner Lizárraga regarding "AFFBR Letter in Support of NCPPR Petition for Commission Review Re The Kroger Co." (Apr. 21, 2023)

    a.     Attachment: Letter from Blum to Chair Gensler and Commissioners regarding "The Kroger Co. (National Center for Public Policy Research) (Apr. 12, 2023)" (dated Apr. 21, 2023)

For the Commission, by its Secretary, pursuant to delegated authority.

*J. Matthew DeLesDernier*

J. Matthew DeLesDernier
Deputy Secretary

Dated: July 7, 2023