# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 10, 2023

Mr. Jonathan Berry
Mr. R. Trent McCotter
Boyden Gray & Associates
801 17th Street, N.W.
Suite 350
Washington, DC 20006

Mr. Gene Patrick Hamilton
America First Legal Foundation
611 Pennsylvania Avenue, S.E.
Suite 231
Washington, DC 20003

    No. 23-60230    Natl Ctr for Pub Plcy Rsrch v. SEC
                            Agency No. 2022-2023 No-Action Responses

Dear Counsel,

We have filed the certified list. PETITIONER'S BRIEF AND EXCERPTS ARE DUE WITHIN 40 DAYS FROM THE DATE ABOVE, See FED. R. APP. P. and 5TH CIR. R. 28, 30 and 31. Except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 40 days in agency cases. See also 5TH CIR. R. 30.1.2 and 5TH CIR. R. 31.1 to determine if you have to file electronic copies of the brief and record excerpts, and the Portable Document Format (PDF) you MUST use. See also 5TH CIR. R. 30.1 for the contents of the Record Excerpts. You may access our briefing checklist on the Fifth Circuit's website "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/rules/brchecklist.pdf". An intervenor's time is governed by 5TH CIR. R. 31.2. 5TH CIR. R. 42.3.2 allows the clerk to dismiss appeals **without notice** if the brief is not filed on time.

**The caption for this appeal is attached, and we ask you to use it on any briefs filed with this court.**

Because this case is proceeding on a certified list of documents instead of the record, see 5TH CIR. R. 30.2. Petitioner must obtain a copy of the portions of the record relied upon by the parties in their briefs, and file them as an Appendix within 21 days from the

date of filing of respondent's brief, with suitable covers, numbering and indexing.

<u>Brief Template:</u> The clerk's office offers brief templates and the ability to check the brief for potential deficiencies prior to docketing to assist in the preparation of the brief.  To access these options, log in to CM/ECF and from the Utilities menu, select 'Brief Template' (Counsel Only) or 'PDF Check Document'.

**<u>Reminder as to Sealing Documents on Appeal:</u>** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket.  Counsel moving to seal matters must explain in particularity the necessity for sealing in our court.  Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding.  It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary.  An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Allison G. Lopez, Deputy Clerk
        504-310-7702

Enclosure(s)

cc w/encl:
    Ms. Tracey A. Hardin
    Mr. Scott A. Keller
    Mr. Theodore Joseph Weiman

Case No. 23-60230

National Center for Public Policy Research; Nathaniel Fischer; Phillip Aronoff,

        Petitioners

v.

Securities and Exchange Commission,

        Respondent