# United States Court of Appeals for the Fifth Circuit

---

No. 23-60230

---

National Center for Public Policy Research; Nathaniel Fischer; Phillip Aronoff,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

---

Petition for Review from an Order of the
Securities & Exchange Commission

---

## UNPUBLISHED ORDER

Before Elrod, Graves, and Ho, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that Respondent's opposed motion to dismiss the petition for review as moot is carried with the case.

IT IS FURTHER ORDERED that Respondent's opposed motion to dismiss the petition for review for lack of subject-matter jurisdiction is carried with the case.