

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

| | |
|---|---|
| **OFFICE OF THE**<br>**GENERAL COUNSEL** | **Theodore J. Weiman**<br>**202-551-5167**<br>**weimant@sec.gov** |

July 25, 2023

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:    Unopposed Level I Extension in *NCPPR v. SEC*, No. 23-60230

Dear Mr. Cayce:

      The Securities and Exchange Commission, respondent, respectfully requests a Level I thirty-day extension of time to file its respondent's brief, which is currently due on August 14, 2023. If granted, the Commission's brief would be due September 13, 2023.

      The Commission requests the extension to allow sufficient time to respond to the two merits briefs filed by petitioners and intervenor and because undersigned counsel is also currently engaged in merits briefing in *Chamber of Commerce v. SEC*, No. 23-60255 (5th Cir.), in which the Commission's response brief is due in this Court on August 9, 2023. In addition, supervising attorneys responsible for the Commission's brief in this matter are currently engaged on the same matter, as well as *Chamber of Commerce v. SEC*, No. 23-5409 (6th Cir.), in which the Commission's brief is due August 4, 2023, and *SEC v. Sanchez Diaz*, No. 23-1290 (1st Cir.), in which the Commission's brief is due August 11, 2023.

      This extension request is **unopposed** by both petitioners and intervenor. Thank you for your consideration of this request.

Sincerely,

Theodore J. Weiman
*Senior Appellate Counsel*