# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 25, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-60230   Natl Ctr for Pub Plcy Rsrch v. SEC
                         Agency No. 2022-2023 No-Action Responses

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Allison G. Lopez, Deputy Clerk
                          504-310-7702

Mr. Jonathan Berry
Mr. John J. Bursch
Mr. Gene Patrick Hamilton
Ms. Tracey A. Hardin
Mr. Scott A. Keller
Mr. R. Trent McCotter
Mr. Theodore Joseph Weiman