# United States Court of Appeals for the Fifth Circuit

---

No. 23-60230

---

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH; NATHANIEL FISCHER; PHILLIP ARONOFF,

*Petitioners,*

*versus*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

---

Petition for Review from an Order of the
Securities & Exchange Commission
Agency No. 2022-2023 No-Action Responses

---

ORDER:

IT IS ORDERED that the motion of Alliance Defending Freedom for leave to file *amicus curiae* brief in support of Petitioners is GRANTED.

Jennifer Walker Elrod
JENNIFER WALKER ELROD
*United States Circuit Judge*
