# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 25, 2023

Mr. John J. Bursch
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

    No. 23-60230   Natl Ctr for Pub Plcy Rsrch v. SEC
                              Agency No. 2022-2023 No-Action Responses

Dear Mr. Bursch,

Your amicus curiae brief has been filed.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see **FED. R. APP. P.** 12(b) and **5TH CIR. R.** 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Allison G. Lopez, Deputy Clerk
                                        504-310-7702

cc:  Mr. Jonathan Berry
     Mr. Gene Patrick Hamilton
     Ms. Tracey A. Hardin
     Mr. Scott A. Keller
     Mr. R. Trent McCotter
     Mr. Theodore Joseph Weiman