No. 23-60230

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH;
NATHANIEL FISCHER; PHILLIP ARONOFF,
                                                          Petitioners,
v.
SECURITIES AND EXCHANGE COMMISSION,
                                                          Respondent.

Petition for Review from an Order of the Securities and Exchange Commission

REPLY IN SUPPORT OF MOTION TO EXPEDITE
CALENDARING OF ORAL ARGUMENT

GENE P. HAMILTON
REED D. RUBINSTEIN
AMERICA FIRST LEGAL
FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

R. TRENT MCCOTTER
  *Counsel of Record*
JONATHAN BERRY
MICHAEL BUSCHBACHER
JARED M. KELSON
BOYDEN GRAY PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-706-5488
tmccotter@boydengray.com

*Counsel for Petitioners*

# CERTIFICATE OF INTERESTED PERSONS

*National Center for Public Policy Research et al. v. SEC*

No. 23-60230

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Local Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. National Center for Public Policy Research. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. Nathaniel Fischer

3. Phillip Aronoff

4. The Securities and Exchange Commission

5. Boyden Gray PLLC (formerly Boyden Gray & Associates PLLC)

6. R. Trent McCotter

7. Jonathan Berry

8. Michael Buschbacher

9. Jared M. Kelson

i

10. The Kroger Co. It is publicly traded under the ticker KR, and, according to public information, The Vanguard Group, Inc., owns 10% or more of its stock.

11. BlackRock Inc. It is publicly traded under the ticker BLK, and, according to public information, no publicly held corporation owns 10% or more of its stock.

12. American Express Co. It is publicly traded under the ticker AXP, and, according to public information, Berkshire Hathaway, Inc., owns 10% or more of its stock.

13. Apple Inc. It is publicly traded under the ticker AAPL, and, according to public information, no publicly held corporation owns 10% or more of its stock.

14. Alphabet Inc. It is publicly traded under the ticker GOOGL, and, according to public information, no publicly held corporation owns 10% or more of its stock.

15. Walgreens Boots Alliance Inc. It is publicly traded under the ticker WBA, and, according to public information, no publicly held corporation owns 10% or more of its stock.

16. Gene P. Hamilton

17. Reed D. Rubinstein

18. America First Legal Foundation

19. Theodore J. Weiman

20. Tracey A. Hardin

21. Megan Barbero

22. Michael A. Conley

23. National Association of Manufacturers

24. Lehotsky Keller Cohn LLP

25. Steven P. Lehotsky

26. Adam Steene

27. Erica Klenicki

28. Scott A. Keller

29. Matthew H. Frederick

30. Todd Disher

31. Alexis Swartz

                                              /s/ R. Trent McCotter
                                              R. Trent McCotter
                                              *Counsel of Record for Petitioners*

Petitioners asked the Court to set argument in this important and time-sensitive case during the upcoming sitting scheduled for December 4–7, 2023. ECF No. 80. In its "opposition," Respondent says it "has no particular objection to that sitting, which would not require granting expedited relief." ECF No. 81 at 5–6. Because there is apparently no objection to the relief requested, the Court should grant the motion.

September 15, 2023                     Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER
  *Counsel of Record*
JONATHAN BERRY
MICHAEL BUSCHBACHER
JARED M. KELSON
BOYDEN GRAY PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-706-5488
tmccotter@boydengray.com

GENE P. HAMILTON
REED D. RUBINSTEIN
AMERICA FIRST LEGAL FOUNDATION
300 Independence Avenue S.E.
Washington, D.C. 20003
(202) 964-3721
gene.hamilton@aflegal.org

*Counsel for Petitioners*

1

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the type-volume limitations of Fifth Circuit Rule 27.4 and Federal Rule of Appellate Procedure 27(d)(2) because it contains 68 words, excluding the portions exempted by Rule 27(a)(2)(B). This brief complies with the typeface and type style requirements of Federal Rule of Appellate Procedure Rule 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook and 14-point font.

/s/ R. Trent McCotter

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF.

/s/ R. Trent McCotter