No. 23-60230

**IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH, *et al.*,

*Petitioners*,

v.

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

On Petition for Review of an Order of the Securities and Exchange Commission.

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF FIRST AMENDMENT AND SECURITIES LAW SCHOLARS AS *AMICI CURIAE* IN SUPPORT OF RESPONDENT**

Rachel L. Fried
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel.: (202) 448-9090
rfried@democracyforward.org

*Counsel for Proposed* Amici Curiae
*First Amendment and Securities Law Scholars*

Pursuant to Federal Rule of Appellate Procedure 29 and Fifth Circuit Rule 29, Proposed *Amici* move for leave to file the attached brief in support of Respondent's motion to dismiss the petition. Proposed Amici are law professors with significant expertise in corporate and securities law, and constitutional law, particularly regarding the First Amendment.

Whether to grant a motion for leave to participate as *amicus curiae* is within the Court's discretion. *Richardson v. Flores*, 979 F.3d 1102, 1106 (5th Cir. 2020); *see also, e.g.*, *United States v. Gozes-Wagner*, 977 F.3d 323, 345 (5th Cir. 2020) (noting court's "broad discretion" to consider "amici's additional arguments"). Courts typically grant leave to file as *amicus curiae* when *amici* demonstrate sufficient interest in a case and their brief is relevant to the issues raised in the case. *See Neonatology Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 129 (3d Cir. 2002) (Alito, J.) (granting leave to file amicus brief where "amici have a sufficient 'interest' in the case and . . . their brief is 'desirable' and discusses matters that are 'relevant to the disposition of the case'" (quoting Fed. R. App. P. 29(a)(3)); *Lefebure v. D'Aquilla*, 15 F.4th 670, 676 (5th Cir. 2021) (Ho, J.) ("[W]e would be 'well advised to grant motions

for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted.'" (quoting *Neonatology Assocs.*, 293 F.3d at 133)).

The Court should grant *Proposed Amici's* motion for leave because the proposed brief is timely and useful. **First**, it is timely because it is filed "no later than 7 days after the principal brief of the party being supported is filed." Fed. R. App. P. 29(a)(6). It is also filed prior to the deadline for the opposing parties' reply brief and, as noted below, the opposing parties have indicated that they either consent to or do not oppose its filing.

**Second**, the proposed brief may be useful to the Court because it provides information on the purposes of Rule 14a-8 (the "Shareholder Proposal Rule") and the applicability of the First Amendment to securities and anti-fraud disclosures not present in the parties' briefs. Proposed *Amici* are:

- Sarah C. Haan, Class of 1958 Uncas and Anne McThenia Professor of Law, Washington and Lee University School of Law

- Enrique Armijo, Professor of Law, Elon University School of Law

- Carliss N. Chatman, Associate Professor, SMU Dedman School of Law

- George S. Georgiev, Associate Professor, Emory University School of Law

- Kent Greenfield, Professor of Law and Dean's Distinguished Scholar, Boston College Law School

- Kyle Langvardt, Assistant Professor of Law, University of Nebraska College of Law

- Amelia Miazad, Acting Professor of Law, UC Davis School of Law

- Helen Norton, University Distinguished Professor and Rothgerber Chair in Constitutional Law, University of Colorado School of Law

- Omari Scott Simmons, Professor of Law, The George Washington University Law School

- Faith Stevelman, Professor of Law, New York Law School

- James Tierney, Assistant Professor, Chicago-Kent College of Law

- Alexander Tsesis, Professor of Law & D'Alemberte Chair in Constitutional Law, Florida State University College of Law

- Anne M. Tucker, Professor of Law, Georgia State University College of Law

- Karen E. Woody, Associate Professor, Washington and Lee University School of Law

Proposed *Amici* have published extensive analyses about the Shareholder Proposal Rule, shareholder voting, corporate democracy,

First Amendment "coverage," the constitutionality of mandatory disclosures, and various related issues. Proposed *Amici* thus have particular expertise in the First Amendment issues raised by the parties in this case.

Counsel for Proposed *Amici* has consulted with the parties' counsel. Petitioners and Respondent have consented to filing of this brief. Intervenor does not oppose the filing of this brief.

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), Proposed *Amici* state that no counsel for any party authored the proposed brief in whole or in part, and no person or entity, other than *Amici* and their counsel, made a monetary contribution intended to fund the preparation or submission of this brief.

Accordingly, Proposed A*mici* respectfully request that the Court grant leave to file the attached brief.

Dated: September 20, 2023

                         Respectfully submitted,

                         */s/ Rachel L. Fried*

                         Rachel L. Fried
                         DEMOCRACY FORWARD FOUNDATION
                         P.O. Box 34553
                         Washington, DC 20043
                         Tel.: (202) 448-9090
                         rfried@democracyforward.org

                         *Counsel for Proposed* Amici Curiae
                         *First Amendment and Securities Law Scholars*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and 5th Cir. R. 32.2, this document contains 679 words according to the word count function of Microsoft Word 365.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook font.

*/s/ Rachel L. Fried*

Date: September 20, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, a true and accurate copy of the foregoing motion was electronically filed with the Court using the CM/ECF system. Service on counsel for all parties will be accomplished through the Court's electronic filing system.

<em>/s/ Rachel L. Fried</em>

Date: September 20, 2023