# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 21, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-60230    Natl Ctr for Pub Plcy Rsrch v. SEC
                    Agency No. 2022-2023 No-Action Responses

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Allison G. Lopez, Deputy Clerk
                            504-310-7702

Mr. Davit Avagyan
Mr. Jonathan Berry
Mr. John J. Bursch
Mr. Michael A. Conley, Solicitor
Ms. Rachel Fried
Mr. Gene Patrick Hamilton
Ms. Tracey A. Hardin
Mr. Scott A. Keller
Mr. Richard A. Kirby
Mr. Ryan McCarl
Mr. R. Trent McCotter
Mr. Luke Morgan
Ms. Beth-Ann Roth
Mr. John M. Rushing
Mr. Theodore Joseph Weiman