# United States Court of Appeals for the Fifth Circuit

---

No. 23-60230

---

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH; NATHANIEL FISCHER; PHILLIP ARONOFF,

*Petitioners,*

*versus*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

---

Petition for Review from an Order of the
Securities and Exchange Commission

---

## UNPUBLISHED ORDER

Before ELROD, HAYNES, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that Petitioners' opposed motion to expedite calendaring of oral argument is DENIED. The administrative stay continues in effect pending further order of the court.