# United States Court of Appeals for the Fifth Circuit

---

No. 23-60230

---

National Center for Public Policy Research; Nathaniel Fischer; Phillip Aronoff,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

---

Petition for Review from an Order of the
Securities and Exchange Commission
Agency No. 2022-2023 No-Action Responses

---

ORDER:

　　IT IS ORDERED that the unopposed motion of First Amendment and Securities Law Scholars to file amicus curiae brief in support of Respondent is GRANTED.

　　IT IS FURTHER ORDERED that the unopposed motion of As You Sow to file amicus curiae brief in support of Respondent is GRANTED.

No. 23-60230

IT IS FURTHER ORDERED that the unopposed motion of ClientEarth and Shareholder Commons to file amici curiae brief in support of Respondent is GRANTED.

/s/ Jennifer W. Elrod
JENNIFER WALKER ELROD
*United States Circuit Judge*