# *United States Court of Appeals*
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

October 05, 2023

Mr. Scott A. Keller
Lehotsky Keller Cohn, L.L.P.
408 W. 11th Street
5th Floor
Austin, TX 78701

    No. 23-60230   Ntl Ctr for Pub Plcy Rsrch v. SEC
                   USDC No. 2022-2023 No-Action Responses

Dear Mr. Keller,

We received your motion for leave to file a reply brief.  In light of it is unnecessary.  A motion is not required.  The clerk will file the brief as of the day it was received.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Allison G. Lopez, Deputy Clerk
                            504-310-7702

cc:  Mr. Davit Avagyan
     Mr. Jonathan Berry
     Mr. John J. Bursch
     Ms. Rachel Fried
     Mr. Gene Patrick Hamilton
     Ms. Tracey A. Hardin
     Mr. Richard A. Kirby
     Mr. Ryan McCarl
     Mr. R. Trent McCotter
     Mr. Luke Morgan
     Ms. Beth-Ann Roth
     Mr. John M. Rushing
     Mr. Theodore Joseph Weiman

Case: 23-60230    Document: 120-1    Page: 2    Date Filed: 10/03/2023