No. 23-60230

# In the United States Court of Appeals for the Fifth Circuit

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH;
NATHANIEL FISCHER; PHILLIP ARONOFF,

*Petitioners*,

*v.*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

Petition for Review from an Order
of the Securities and Exchange Commission

**PARTIALLY OPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF BY THE NATIONAL ASSOCIATION OF MANUFACTURERS RESPONDING TO THE SEC RESPONDENT'S BRIEF AND FOUR AMICUS CURIAE BRIEFS**

| | |
|---|---|
| Steven P. Lehotsky | Scott A. Keller |
| LEHOTSKY KELLER COHN LLP | Matthew H. Frederick |
| 200 Massachusetts Avenue, NW | Todd Disher |
| Suite 700 | Alexis Swartz |
| Washington, DC 20001 | LEHOTSKY KELLER COHN LLP |
| | 408 W. 11th Street, 5th Floor |
| Michael A. Tilghman II | Austin, TX 78701 |
| NAM LEGAL CENTER | scott@lkcfirm.com |
| 733 10th Street, NW | (512) 693-8350 |
| Suite 700 | |
| Washington, DC 20001 | *Counsel for Intervenor* |

# CERTIFICATE OF INTERESTED PERSONS

No. 23-60230

National Center for Public Policy Research; Nathaniel Fischer; Phillip Aronoff,

*Petitioners,*

*v.*

Securities and Exchange Commission,

*Respondent.*

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. Intervenor the National Association of Manufacturers has no parent corporations and no publicly held corporation owns 10% or more of its respective stock. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**Petitioners:**
National Center for Public Policy Research; Nathaniel Fischer; Phillip Aronoff

**Counsel for Petitioners:**
R. Trent McCotter (lead counsel)
Jonathan Berry
Michael Buschbacher
Jared M. Kelson
BOYDEN GRAY & ASSOCIATES PLLC

Gene Patrick Hamilton
AMERICA FIRST LEGAL FOUNDATION

**Respondent:**
Securities and Exchange Commission

**Counsel for Respondent:**
Theodore J. Weiman (lead counsel)
Megan Barbero
Michael A. Conley
Tracey A. Hardin
SECURITIES AND EXCHANGE COMMISSION

**Intervenor:**
National Association of Manufacturers

**Counsel for Intervenor:**
Scott A. Keller (lead counsel)
Steven P. Lehotsky
Matthew H. Frederick
Todd Disher
Alexis Swartz
LEHOTSKY KELLER COHN LLP

Michael A. Tilghman II
NAM LEGAL CENTER

**Interested Third Party:**
The Kroger Co.

**Amicus Curiae in Support of Petitioners**
Alliance Defending Freedom

**Counsel for Amicus Curiae Alliance Defending Freedom**
Jeremy Tedesco
Michael Ross
James A. Campbell

John J. Bursch
Ryan L. Bangert
ALLIANCE DEFENDING FREEDOM

**Amicus Curiae in Support of Respondent**
As You Sow

**Counsel for Amicus Curiae As You Sow**
Danielle Fugere
Luke Morgan
AS YOU SOW

**Amici Curiae in Support of Respondent**
ClientEarth
The Shareholder Commons

**Counsel for Amici Curiae ClientEarth and The Shareholder Commons**
Ryan McCarl
John Rushing
Davit Avagyan
RUSHING MCCARL LLP

**Amicus Curiae in Support of Respondent**
Interfaith Center on Corporate Responsibility

**Counsel for Amicus Curiae Interfaith Center on Corporate Responsibility**
Beth-Ann Roth
Richard A. Kirby
R|K INVEST LAW, PBC

**Amici Curiae First Amendment and Securities Law Scholars in Support of Respondent**
Sarah C. Haan
Enrique Armijo

Carliss N. Chatman
George S. Georgiev
Kent Greenfield
Kyle Langvardt
Amelia Miazad
Helen Norton
Omari Scott Simmons
Faith Stevelman
James Tierney
Alexander Tsesis
Anne M. Tucker
Karen E. Woody

**Counsel for Amici Curiae First Amendment and Securities Law Scholars**
Rachel L. Fried
DEMOCRACY FORWARD FOUNDATION

                                      */s/ Scott A. Keller*
                                      SCOTT A. KELLER
                                      *Counsel of Record for Intervenor*

### MOTION FOR LEAVE TO FILE A REPLY BRIEF

Intervenor the National Association of Manufacturers ("NAM") moves for leave to file the attached reply brief. The NAM's reply brief responds to the arguments raised in the Securities and Exchange Commission's ("SEC") merits brief and four amicus briefs regarding the arguments raised in the NAM's opening brief. Consequently, "good cause" exists for the NAM to file a reply brief responding to the arguments contained in these five briefs. Fed. R. App. P. 2.

This Court permitted the NAM to intervene under the rules permitting other parties to intervene in challenges to agency action. *See* Fed. R. App. P. 15(d). As the NAM's intervention motion explained, the NAM has raised First Amendment and statutory authority arguments that neither the Petitioners National Center for Public Policy Research, Nathaniel Fischer, and Phillip Aronoff nor the Respondent SEC raised. Specifically, the NAM has argued that the SEC lacks constitutional or statutory authority to compel any corporation to put a shareholder proposal on the corporation's proxy statement.

The NAM filed its opening merits brief on July 21, 2023—nearly two months before the SEC's brief and amicus briefs supporting the SEC's

---

The Federal Rules of Appellate Procedure establish rules about reply briefs by "[t]he appellant," Fed. R. App. P. 28(c)—which "includes a petitioner or applicant" in a case like this challenging agency action, Fed. R. App. P. 20. But the rules are silent about a reply brief for intervenors in cases challenging agency action.

5

arguments were due (on September 13 and 20, respectively). The NAM agreed to file its brief that early to give the SEC (and any amici) plenty of time to respond to the NAM's arguments, which would aid the Court in resolving this case. Now that the SEC and its four groups of amici have had ample time and briefing space to address the arguments raised in the NAM's opening merits brief, it would benefit this Court's review to permit the NAM to file a reply brief addressing the SEC's and its amici's responses.

The NAM's proposed reply brief complies with the typical rules for reply briefs from the Federal Rules of Appellate Procedure and this Court's rules. For example, the proposed brief is less than the 6,500-word limit in Rule 32(a)(7)(B)(ii) of the Federal Rules of Appellate Procedure. The NAM also has filed this motion for leave within 21 days of service of Respondent's brief. Fed. R. App. P. 31(a)(1).

Counsel for the NAM conferred with counsel for Petitioners, who consent to this motion. Counsel for the NAM also conferred with counsel for the SEC, who states, "The Commission does not oppose the motion for leave to file a reply to the extent that the reply is limited to responding to the arguments concerning NAM in Part III of the Commission's brief and hews to arguments that NAM specifically raised in its July 21, 2023, brief."

Accordingly, the NAM respectfully asks that the Court grant the NAM leave to file the attached reply brief in support of its opening merits brief.

Respectfully submitted.

/s/ *Scott A. Keller*

| | |
|---|---|
| Steven P. Lehotsky | Scott A. Keller |
| LEHOTSKY KELLER COHN LLP | Matthew H. Frederick |
| 200 Massachusetts Avenue, NW | Todd Disher |
| Suite 700 | Alexis Swartz |
| Washington, DC 20001 | LEHOTSKY KELLER COHN LLP |
| | 408 W. 11th Street, 5th Floor |
| Michael A. Tilghman II | Austin, TX 78701 |
| NAM LEGAL CENTER | scott@lkcfirm.com |
| 733 10th Street, NW | (512) 693-8350 |
| Suite 700 | |
| Washington, DC 20001 | *Counsel for Intervenor* |

## CERTIFICATE OF CONFERENCE

On October 1, 2023, counsel for Intervenor conferred by e-mail with counsel for Petitioner, who stated that Petitioner does not oppose the relief requested in this motion. On September 29, 2023, counsel for Intervenor conferred by e-mail with counsel for Respondent, who stated that Respondent partially opposes the relief requested in this motion.

/s/ *Scott A. Keller*
Scott A. Keller

## CERTIFICATE OF SERVICE

On October 3, 2023, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; and (2) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses. No paper copies were filed in accordance with the COVID-19 changes ordered in General Docket No. 2020-3.

/s/ *Scott A. Keller*
Scott A. Keller

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 511 words, excluding the parts of the brief exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Palatino Linotype) using Microsoft Word (the same program used to calculate the word count).

/s/ *Scott A. Keller*
Scott A. Keller