**BOYDEN GRAY PLLC**
801 17TH STREET, NW, SUITE 350
WASHINGTON, DC 20006
(202) 955-0620

October 5, 2023

Honorable Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit

Re:  *National Center for Public Policy Research et al. v. SEC*, No. 23-60230

Dear Mr. Cayce:

Petitioners filed their opening brief in this case on July 14, 2023. Petitioners left blank "JA__" cites to be completed when the parties later filed the Joint Appendix. The Joint Appendix was filed on October 3, 2023, and accepted by the Court on October 5, 2023.

Petitioners provide this notice that they have attached their opening brief with the "JA__" cites now containing references to the appropriate portions of the Joint Appendix.

                                                   Respectfully,

                                                   /S/ R. TRENT MCCOTTER

                                                 *Counsel of Record for Petitioners*

                                                 BOYDEN GRAY PLLC
                                                 801 17th Street NW, Suite 350
                                                 Washington, DC 20006

cc:    All Counsel