

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

| | |
|---|---|
| **OFFICE OF THE**<br>**GENERAL COUNSEL** | **Theodore J. Weiman**<br>202-551-5167<br>weimant@sec.gov |

October 12, 2023

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

     Re:    *NCPPR v. SEC*, No. 23-60230

Dear Mr. Cayce:

     The Securities and Exchange Commission, respondent, respectfully submits the attached brief of respondent, originally filed September 13, 2023, with updated citations to the Joint Appendix in place of previous citations to the same documents. Two minor typographical changes were also made to the brief to compensate for a page shift caused by the citation update:

- On page vii of the Table of Authorities, in the citation for *Amalgamated Clothing & Textile Workers Union v. SEC*, 15 F.3d 254 (2d Cir. 1994), the reference to page 32 was changed to 31;
- At the bottom of page 32, a page break was added to restore the pagination thereafter to correspond to the original brief.

No other changes were made to the brief.

                                    Sincerely,

                                      Theodore J. Weiman
                                      *Senior Appellate Counsel*