# United States Court of Appeals for the Fifth Circuit

No. 23-60230

National Center for Public Policy Research; Nathaniel Fischer; Phillip Aronoff,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

_____

Petition for Review from an Order of the
Securities & Exchange Commission

_____

ORDER:

IT IS ORDERED that Sean J. Griffith's opposed motion for leave to file out of time, his brief of an *amicus curiae*, is GRANTED.

        /s/ Jennifer W. Elrod
        Jennifer Walker Elrod
        *United States Circuit Judge*