# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
NEW ORLEANS, LA 70130

December 07, 2023

    No. 23-60230   Ntl Ctr for Pub Plcy Rsrch v. SEC
    USDC No. 2022-2023 No-Action Responses

Dear Counsel,

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by **5TH CIR. R.** 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

The covers of your documents must be the following colors: Appellant brief must be blue. Appellee brief must be red. Appellant reply brief must be gray. Record excerpts must be white. Intervenor and amicus brief must be green.

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

**DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Pamela F. Trice, Deputy Clerk
                      504-310-7633

      Mr. Davit Avagyan
      Mr. Jonathan Berry
      Mr. John J. Bursch
      Ms. Rachel Fried

Ms. Heather Gebelin Hacker
Mr. Gene Patrick Hamilton
Ms. Tracey A. Hardin
Mr. Scott A. Keller
Mr. Richard A. Kirby
Mr. Ryan McCarl
Mr. R. Trent McCotter
Mr. Luke Morgan
Ms. Beth-Ann Roth
Mr. John M. Rushing
Mr. Theodore Joseph Weiman