No. 23-60230

# In the United States Court of Appeals for the Fifth Circuit

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH;
NATHANIEL FISCHER; PHILLIP ARONOFF,

*Petitioners*,

*v.*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

Petition for Review from an Order
of the Securities and Exchange Commission

**UNOPPOSED MOTION TO EXTEND ORAL ARGUMENT TIME AND GRANT ORAL ARGUMENT TIME TO INTERVENOR THE NATIONAL ASSOCIATION OF MANUFACTURERS**

| | |
|---|---|
| Steven P. Lehotsky | Scott A. Keller |
| LEHOTSKY KELLER COHN LLP | Matthew H. Frederick |
| 200 Massachusetts Avenue, NW | Todd Disher |
| Suite 700 | Alexis Swartz |
| Washington, DC 20001 | LEHOTSKY KELLER COHN LLP |
| | 408 W. 11th Street, 5th Floor |
| Erica Klenicki | Austin, TX 78701 |
| Michael A. Tilghman II | scott@lkcfirm.com |
| NAM LEGAL CENTER | (512) 693-8350 |
| 733 10th Street, NW | |
| Suite 700 | |
| Washington, DC 20001 | *Counsel for Intervenor* |

### CERTIFICATE OF INTERESTED PERSONS

No. 23-60230

National Center for Public Policy Research; Nathaniel Fischer; Phillip Aronoff,

*Petitioners*,

*v.*

Securities and Exchange Commission,

*Respondent*.

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. Intervenor the National Association of Manufacturers has no parent corporations and no publicly held corporation owns 10% or more of its respective stock. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**Petitioners:**
National Center for Public Policy Research; Nathaniel Fischer; Phillip Aronoff

**Counsel for Petitioners:**
R. Trent McCotter (lead counsel)
Jonathan Berry
Michael Buschbacher
Jared M. Kelson
BOYDEN GRAY & ASSOCIATES PLLC

Gene Patrick Hamilton
AMERICA FIRST LEGAL FOUNDATION

**Respondent:**
Securities and Exchange Commission

**Counsel for Respondent:**
Theodore J. Weiman (lead counsel)
Megan Barbero
Michael A. Conley
Tracey A. Hardin
SECURITIES AND EXCHANGE COMMISSION

**Intervenor:**
National Association of Manufacturers

**Counsel for Intervenor:**
Scott A. Keller (lead counsel)
Steven P. Lehotsky
Matthew H. Frederick
Todd Disher
Alexis Swartz
LEHOTSKY KELLER COHN LLP

Erica Klenicki
Michael A. Tilghman II
NAM LEGAL CENTER

**Interested Third Party:**
The Kroger Co.

**Amicus Curiae in Support of Petitioners**
Alliance Defending Freedom

**Counsel for Amicus Curiae Alliance Defending Freedom**
Jeremy Tedesco

Michael Ross
James A. Campbell
John J. Bursch
Ryan L. Bangert
ALLIANCE DEFENDING FREEDOM

**Amicus Curiae in Support of Respondent**
As You Sow

**Counsel for Amicus Curiae As You Sow**
Danielle Fugere
Luke Morgan
AS YOU SOW

**Amici Curiae in Support of Respondent**
ClientEarth
The Shareholder Commons

**Counsel for Amici Curiae ClientEarth and The Shareholder Commons**
Ryan McCarl
John Rushing
Davit Avagyan
RUSHING MCCARL LLP

**Amicus Curiae in Support of Respondent**
Interfaith Center on Corporate Responsibility

**Counsel for Amicus Curiae Interfaith Center on Corporate Responsibility**
Beth-Ann Roth
Richard A. Kirby
R|K INVEST LAW, PBC

**Amici Curiae First Amendment and Securities Law Scholars in Support of Respondent**

Sarah C. Haan

Enrique Armijo

Carliss N. Chatman

George S. Georgiev

Kent Greenfield

Kyle Langvardt

Amelia Miazad

Helen Norton

Omari Scott Simmons

Faith Stevelman

James Tierney

Alexander Tsesis

Anne M. Tucker

Karen E. Woody

**Counsel for Amici Curiae First Amendment and Securities Law Scholars**
Rachel L. Fried
DEMOCRACY FORWARD FOUNDATION

**Amicus Curiae in Support of Intervenor**
Sean J. Griffith

**Counsel for Amicus Curiae Sean J. Griffith**
Heather Gebelin Hacker
HACKER STEPHENS LLP

　　　　　　　　　　　　　　　　　　*/s/ Scott A. Keller*
　　　　　　　　　　　　　　　　　　SCOTT A. KELLER
　　　　　　　　　　　　　　　　　　*Counsel of Record for Intervenor*

## Unopposed Motion to Extend Oral Argument Time and Grant Oral Argument Time to Intervenor the National Association of Manufacturers

Pursuant to Fifth Circuit Rule 34.12, Intervenor the National Association of Manufacturers ("NAM") moves to extend the oral argument time in this case and be granted 10 minutes of that extended oral argument time. This Court has calendared this case for oral argument on March 5, 2024, at 9:00 a.m., and has set the case for 20 minutes per side. Counsel for the NAM has conferred with counsel for both Petitioners and Respondent, and neither party will cede any of its argument time to the NAM.

This motion therefore requests the following oral argument time allotment:

- Petitioners (National Center for Public Policy Research, Nathaniel Fischer, and Phillip Aronoff): 20 minutes.
- Intervenor (the NAM): 10 minutes.
- Respondent (the SEC): 30 minutes.

Petitioners do not object to this motion. Respondent takes no position on this motion. This motion is therefore unopposed.

The NAM is in a distinctive posture vis-à-vis the parties that distinguishes this case from most proceedings in this Court. This case was originally filed directly in this Court, under Federal Rule of Appellate Procedure 15, as a petition for review challenging a federal agency's action. This Court then granted the NAM's unopposed motion to intervene under the rules

permitting other parties to intervene in challenges to agency action filed directly in a circuit court of appeals. *See* Fed. R. App. P. 15(d). The NAM is thus a party to this petition-for-review proceeding.

The NAM nominally supports the Respondent in asking for this Court to deny the petition for review. But the NAM urges the Court to reach that conclusion based upon constitutional and statutory authority arguments that neither the Petitioners nor the Respondent SEC raised. Specifically, the NAM has argued that the SEC lacks the constitutional or statutory authority to compel a corporation to put a shareholder proposal on the corporation's proxy statement. Thus, the NAM seeks the same relief urged by the Respondent SEC (denial of Petitioners' petition for review seeking to compel a corporation to put a shareholder proposal on the corporation's proxy statement). But the NAM's arguments opposing Petitioners' petition for review are adverse to the SEC's position regarding its own authority. The NAM therefore raises arguments that are not fully aligned with either the Petitioners or the Respondent.

Good cause therefore exists for briefly extending the oral argument and permitting Intervenor the NAM 10 minutes of oral argument time. The NAM's arguments may assist the Court in understanding the important constitutional and statutory issues presented by this case. Further, the NAM has filed this motion well in advance of the March 5, 2024, oral argument date. Accordingly, Intervenor the NAM respectfully requests that the Court extend the oral argument time in this case and grant the NAM 10 minutes of oral argument time.

|  |  |
|---|---|
|  | Respectfully submitted. |
|  | */s/ Scott A. Keller* |
| Steven P. Lehotsky | Scott A. Keller |
| LEHOTSKY KELLER COHN LLP | Matthew H. Frederick |
| 200 Massachusetts Avenue, NW | Todd Disher |
| Suite 700 | Alexis Swartz |
| Washington, DC 20001 | LEHOTSKY KELLER COHN LLP |
|  | 408 W. 11th Street, 5th Floor |
| Erica Klenicki | Austin, TX 78701 |
| Michael A. Tilghman II | scott@lkcfirm.com |
| NAM LEGAL CENTER | (512) 693-8350 |
| 733 10th Street, NW |  |
| Suite 700 |  |
| Washington, DC 20001 | *Counsel for Intervenor* |

## CERTIFICATE OF CONFERENCE

On January 31, 2024, counsel for Intervenor conferred by e-mail with counsel for Petitioners and Respondent as to whether either would cede oral argument time to NAM. Neither Petitioners nor Respondent agreed to cede oral argument time to the NAM. Petitioners do not object to this motion. Respondent takes no position on this motion.

*/s/ Scott A. Keller*
Scott A. Keller

## Certificate of Service

On January 31, 2024, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; and (2) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses. No paper copies were filed in accordance with the COVID-19 changes ordered in General Docket No. 2020-3.

/s/ *Scott A. Keller*
Scott A. Keller

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 476 words, excluding the parts of the brief exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Palatino Linotype) using Microsoft Word (the same program used to calculate the word count).

/s/ *Scott A. Keller*
Scott A. Keller