# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 02, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60230   Ntl Ctr for Pub Plcy Rsrch v. SEC
                    USDC No. 2022-2023 No-Action Responses

Enclosed is an order entered in this case.


                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Kim M. Pollard, Deputy Clerk
                                504-310-7635

Mr. Davit Avagyan
Mr. Jonathan Berry
Mr. John J. Bursch
Ms. Rachel Fried
Ms. Heather Gebelin Hacker
Mr. Gene Patrick Hamilton
Ms. Tracey A. Hardin
Mr. Scott A. Keller
Mr. Richard A. Kirby
Mr. Ryan McCarl
Mr. R. Trent McCotter
Mr. Luke Morgan
Ms. Beth-Ann Roth
Mr. John M. Rushing
Ms. Alexis Swartz
Mr. Theodore Joseph Weiman