# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-60230

---

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH; NATHANIEL FISCHER; PHILLIP ARONOFF,

*Petitioners,*

*versus*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

---

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 2022-2023 No-Action Responses

---

ORDER:

IT IS ORDERED that Intervenor's unopposed motion for oral argument time allotment of 20 minutes for Petitioners, 10 minutes for Intervenor, and 30 minutes for Respondent is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT