No. 23-60230

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH; NATHANIEL FISCHER; PHILLIP ARONOFF,

         Petitioners,

v.

SECURITIES AND EXCHANGE COMMISSION,

         Respondent.

Petition for Review from an Order of the Securities and Exchange Commission

**Motion to Withdraw Caleb Orr as Counsel**

Petitioners' counsel Caleb Orr respectfully moves to withdraw as counsel in this case, which was argued last week. Petitioners will continue to be represented by R. Trent McCotter and Jonathan Berry of Boyden Gray PLLC and by Gene P. Hamilton of America First Legal Foundation.

March 12, 2024                                    Respectfully submitted,


                                                  /s/ Caleb Orr

                                                  R. TRENT MCCOTTER
                                                    *Counsel of Record*
                                                  JONATHAN BERRY
                                                  MICHAEL BUSCHBACHER
                                                  JARED M. KELSON
                                                  CALEB ORR
                                                  BOYDEN GRAY PLLC
                                                  801 17th Street NW, Suite 350
                                                  Washington, DC 20006
                                                  202-706-5488
                                                  tmccotter@boydengray.com

                                                  GENE P. HAMILTON
                                                  REED D. RUBINSTEIN
                                                  AMERICA FIRST LEGAL FOUNDATION
                                                  611 Pennsylvania Ave SE #231
                                                  Washington, DC 20003
                                                  (202) 964-3721
                                                  gene.hamilton@aflegal.org

                                                    *Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will serve all parties automatically.

March 12, 2024                                /s/ Caleb Orr

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this brief complies with the type-volume limitations of Fifth Circuit Rule 32 and Federal Rule of Appellate Procedure 32(a) because it contains 45 words, excluding the portions exempted by Rule 32(f). This brief complies with the typeface and type style requirements of Federal Rule of Appellate Procedure Rule 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook and 14-point font.

March 12, 2024                              /s/ Caleb Orr