# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 12, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-60230    Ntl Ctr for Pub Plcy Rsrch v. SEC
                     USDC No. 2022-2023 No-Action Responses

The court has granted the motion of Caleb Orr for leave to withdraw counsel in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. Davit Avagyan
Mr. Jonathan Berry
Mr. John J. Bursch
Mr. Michael A. Conley, Solicitor
Ms. Rachel Fried
Ms. Heather Gebelin Hacker
Mr. Gene Patrick Hamilton
Ms. Tracey A. Hardin
Mr. Scott A. Keller
Mr. Richard A. Kirby
Mr. Ryan McCarl
Mr. R. Trent McCotter
Mr. Luke Morgan
Mr. Caleb Orr
Ms. Beth-Ann Roth
Mr. John M. Rushing
Ms. Alexis Swartz
Mr. Theodore Joseph Weiman