# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 14, 2024
Lyle W. Cayce
Clerk

No. 23-60230

_____

National Center for Public Policy Research; Nathaniel Fischer; Phillip Aronoff,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

_____

Petition for Review from an Order
from the Securities & Exchange Commission
Agency No. 2022-2023 No-Action Responses

_____

Before Jones, Dennis, and Douglas, *Circuit Judges*.

J U D G M E N T

This cause was considered on the petition of for review of an order of the Securities & Exchange Commission and was argued by counsel.

No. 23-60230

IT IS ORDERED and ADJUDGED that the petition for review is DISMISSED for lack of jurisdiction.

IT IS FURTHER ORDERED that Petitioners pay to Respondent the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.