No. 23-60230

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH;
NATHANIEL FISCHER; PHILLIP ARONOFF,

*Petitioners,*

v.

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

Petition for Review from an Order of the Securities and Exchange Commission

**PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC**

GENE P. HAMILTON
REED D. RUBINSTEIN
AMERICA FIRST LEGAL
FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

R. TRENT MCCOTTER
  *Counsel of Record*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202-706-5488
tmccotter@boydengray.com

*Counsel for Petitioners*

# CERTIFICATE OF INTERESTED PERSONS

*National Center for Public Policy Research et al. v. SEC*

No. 23-60230

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Local Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. National Center for Public Policy Research. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. Nathaniel Fischer

3. Phillip Aronoff

4. The Securities and Exchange Commission

5. Boyden Gray PLLC (formerly Boyden Gray & Associates PLLC)

6. R. Trent McCotter

7. Jonathan Berry

8. Michael Buschbacher

9. Jared M. Kelson

10. The Kroger Co. It is publicly traded under the ticker KR, and, according to public information, The Vanguard Group, Inc., owns 10% or more of its stock.

11. Gene P. Hamilton

12. Reed D. Rubinstein

13. America First Legal Foundation

14. Theodore J. Weiman

15. Tracey A. Hardin

16. Megan Barbero

17. Michael A. Conley

18. National Association of Manufacturers

19. Lehotsky Keller Cohn LLP

20. Steven P. Lehotsky

21. Adam Steene

22. Erica Klenicki

23. Scott A. Keller

24. Matthew H. Frederick

25. Todd Disher

26. Alexis Swartz

/s/ R. Trent McCotter
R. Trent McCotter
*Counsel of Record for Petitioners*

Pursuant to Rules 26 and 27 and Local Rules 27 and 31.4, Petitioners respectfully request an extension of time within which to file their petition for rehearing en banc in this case. The petition for rehearing is currently due December 30, 2024, and this request is made more than seven days in advance of that deadline pursuant to Local Rule 31.4.1(a). Petitioners request a "Level I" extension (i.e., 30 days), making their petition due January 29, 2025. This request is unopposed.

Good cause supports this request. *First*, this case involves complex issues, as demonstrated by the disagreement among the panel members on several points, including whether this dispute is moot and whether the Court could otherwise entertain a challenge to Respondent's grant of no-action relief against Petitioners' shareholder proposal. Additional time for counsel to diligently prepare the petition on these complex issues would benefit the Court in its ultimate consideration of the petition.

*Second*, additional time would greatly aid with coordination among *amici* who may support rehearing. Several *amici* supported Petitioners at the panel stage, and additional time to consider whether to support Petitioners again (and if so, to prepare a revised brief) would be greatly beneficial. Further, at least one new potential *amicus* that did not

1

participate previously has expressed interest in preparing a brief in support of rehearing. The additional time would be especially warranted given that the current deadline for seeking rehearing lands between Christmas and New Year's, with *amicus* briefs due soon thereafter.

*Third*, lead counsel for Petitioners has several other important obligations during the relevant time period. Most notably, counsel will be preparing a Supreme Court merits brief in *FCC v. Consumers' Research*, which arose out of an en banc decision of this Court. Counsel is also heavily involved in preparing a complex administrative lawsuit that is currently confidential but will likely be filed in district court in the next few weeks. Further, counsel is Director of the Separation of Powers Clinic at The Catholic University's Columbus School of Law, which has its own Supreme Court brief on behalf of members of the U.S. Senate due in late December 2024 in *Oklahoma v. EPA*.

*Fourth*, there will be no prejudice to other parties from the requested extension. Neither Respondent nor its supporting Intervenor oppose this request. They both informed undersigned that they take no position.

For all these reasons, Petitioners respectfully request that the Court extend the deadline to seek rehearing en banc to January 29, 2025.

December 4, 2024

Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER
  *Counsel of Record*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
202-706-5488
tmccotter@boydengray.com

GENE P. HAMILTON
REED D. RUBINSTEIN
AMERICA FIRST LEGAL FOUNDATION
300 Independence Avenue S.E.
Washington, D.C. 20003
(202) 964-3721
gene.hamilton@aflegal.org

 *Counsel for Petitioners*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the type-volume limitations of Fifth Circuit Rule 27.4 and Federal Rule of Appellate Procedure 27(d)(2) because it contains 385 words, excluding the portions exempted by Rule 27(a)(2)(B). This brief complies with the typeface and type style requirements of Federal Rule of Appellate Procedure Rule 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook and 14-point font.

/s/ R. Trent McCotter

## CERTIFICATE OF CONFERENCE AND COMPLIANCE WITH RULE 27.4

Pursuant to Fifth Circuit Rule 27.4, Petitioners state that they contacted counsel for Intervenor the National Association of Manufacturers and for Respondent the Securities and Exchange Commission. They both take no position on this request.

/s/ R. Trent McCotter

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF.

/s/ R. Trent McCotter