# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-60230

---

NATIONAL CENTER FOR PUBLIC POLICY RESEARCH; NATHANIEL FISCHER; PHILLIP ARONOFF,

*Petitioners,*

*versus*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

---

Petition for Review from an Order of the
Securities & Exchange Commission
Agency No. 2022-2023 No-Action Responses

---

ORDER:

IT IS ORDERED that Petitioners' motion for an extension of time, to and including January 29, 2025, to file its petition for rehearing/petition for rehearing en banc is GRANTED.

_____
DANA M. DOUGLAS
*United States Circuit Judge*