# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 30, 2025

Ms. Tracy Hardin, Solicitor, U.S. Securities and Exchange Commission
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

    No. 23-60230    Ntl Ctr for Pub Plcy Rsrch v. SEC
                   USDC No. 2022-2023 No-Action Responses

Dear Ms. Hardin, Solicitor and The U.S. Securities and Exchange Commission,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               */s/ Melissa Mattingly*
                               By: _____
                               Melissa V. Mattingly, Deputy Clerk
                               504-310-7719

cc:   Mr. Davit Avagyan
       Mr. Jonathan Berry
       Mr. John J. Bursch
       Ms. Rachel Fried
       Ms. Heather Gebelin Hacker
       Mr. Gene Patrick Hamilton
       Ms. Tracey A. Hardin
       Mr. Scott A. Keller
       Mr. Richard A. Kirby
       Mr. Ryan McCarl
       Mr. R. Trent McCotter
       Mr. Luke Morgan
       Ms. Beth-Ann Roth
       Mr. John M. Rushing
       Ms. Alexis Swartz
       Mr. Theodore Joseph Weiman