# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 30, 2025

Mr. Davit Avagyan
1160 Thompson Avenue
Unit A
Glendale, CA 91201

Mr. Jonathan Berry
Boyden Gray, P.L.L.C.
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

Mr. John J. Bursch
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

Ms. Rachel Fried
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Ms. Heather Gebelin Hacker
Hacker Stephens, L.L.P.
108 Wild Basin Road, S.
Suite 250
Austin, TX 78746

Mr. Gene Patrick Hamilton
America First Legal Foundation
611 Pennsylvania Avenue, S.E.
Suite 231
Washington, DC 20003

Ms. Tracy Hardin, Solicitor, U.S. Securities and Exchange Commission
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

Ms. Tracey A. Hardin
U.S. Securities & Exchange Commission
100 F Street, N.E.
Room 9254
Washington, DC 20549

Mr. Scott A. Keller
Lehotsky Keller Cohn, L.L.P.
408 W. 11th Street
5th Floor
Austin, TX 78701

Mr. Richard A. Kirby
R K Invest Law, P.B.C.
1725 I Street, N.W.
Suite 300
Washington, DC 20006

Mr. Ryan McCarl
Rushing McCarl, L.L.P.
2219 Main Street
Suite 144
Santa Monica, CA 90405

Mr. R. Trent McCotter
Boyden Gray, P.L.L.C.
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

Mr. Luke Morgan
As You Sow
P.O. Box 751
Suite 500
Berkeley, CA 94701

Ms. Beth-Ann Roth
R K Invest Law, P.B.C.
1725 I Street, N.W.
Suite 300
Washington, DC 20006

Mr. John M. Rushing
Rushing McCarl, L.L.P.
2219 Main Street
Suite 144
Santa Monica, CA 90405

Ms. Alexis Swartz
Lehotsky Keller Cohn, L.L.P.

408 W. 11th Street
5th Floor
Austin, TX 78701

Mr. Theodore Joseph Weiman
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

      No. 23-60230    Ntl Ctr for Pub Plcy Rsrch v. SEC
                            USDC No. 2022-2023 No-Action Responses

Dear Counsel,

Please disregard the notice stating the mandate issued as it was issued in error. The mandate has been recalled.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                */s/ Melissa Mattingly*
                                By: _____
                                Melissa V. Mattingly, Deputy Clerk
                                504-310-7719