# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 30, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-60230    Ntl Ctr for Pub Plcy Rsrch v. SEC
                      USDC No. 2022-2023 No-Action Responses

The court has taken the following action in this case:

The mandate is recalled in this case as it issued in error.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

Mr. Davit Avagyan
Mr. Jonathan Berry
Mr. John J. Bursch
Ms. Rachel Fried
Ms. Heather Gebelin Hacker
Mr. Gene Patrick Hamilton
Ms. Tracy Hardin, Solicitor, U.S. Securities and Exchange Commission
Ms. Tracey A. Hardin
Mr. Scott A. Keller
Mr. Richard A. Kirby
Mr. Ryan McCarl
Mr. R. Trent McCotter
Mr. Luke Morgan
Ms. Beth-Ann Roth
Mr. John M. Rushing
Ms. Alexis Swartz
Mr. Theodore Joseph Weiman