# United States Court of Appeals for the Fifth Circuit

_____

No. 23-60230
_____

National Center for Public Policy Research; Nathaniel Fischer; Phillip Aronoff,

*Petitioners,*

*versus*

Securities and Exchange Commission,

*Respondent.*

_____

Petition for Review from an Order of the
Securities & Exchange Commission
Agency No. 2022-2023 No-Action Responses
_____

ON PETITION FOR REHEARING EN BANC

Before Jones, Dennis, and Douglas, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R.40 I.O.P.), the petition for panel rehearing is

DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P.40 and 5th Cir. R.40), the petition for rehearing en banc is DENIED.